No. 24-4113

---

# UNITED STATES COURT of APPEALS
### for Ninth Circuit

---

Joe Alter, In Pro Per,
Plaintiff-Appellant,

v.

Clarence Thomas, Samuel Alito, Neil Gorsuch, John Roberts, Brett Kavanaugh,
and Amy Coney Barratt
Defendants-Appellee.

On Appeal from the United States District Court
for the Central District of California
No. 2:24-cv-01803
Hon. Fernando L. Aenlle-Rocha

---

**PLAINTIFF/APPELLANT'S INFORMAL OPENING BRIEF**

## DISCLOSURE STATEMENT

I (Plaintiff/Appellant/Alter) am an unrepresented 58-year-old man, married 24 years, US-born Citizen with two children who votes and has brought this suit (and others) thus far in my name, at my expense, at my own efforts, at my own risk. I am pursuing this and other cases in the Public Interest for no monetary compensation. One shouldn't have to hold one's breath every time this Supreme

Court issues a new pronouncement, degrading our voice in our government's operation with every decision they make. I am not alone; the 3 Minority justices in Trump v Anderson also allege those facts in their opinions.

*"five Justices go on. They decide novel constitutional questions **to <u>insulate this Court and petitioner from future controversy.</u>"** – J. Sotomayor, Jackson, Kagan - Trump v Anderson. Minority Opinion[12]*

---

[1] They are describing a *crime*

[2] This is about <u>tyranny</u>. When the court gains a majority by cheating in Congress, tyranny unsurprisingly follows and validates its crimes post hoc. All dissent becomes "fake news", all avenues of investigation, all paths to justice are foreclosed unless you put them there, then they are all-ears.

INDEX

Trump v Anderson 23-719

Trump v United States 23-939

Snyder v United States 23-108

Garland v. Cargill 22-976

Loper Bright Enterprises v. Raimondo 22-451

Griffin's Case

HART v. MASSANARI

MULLIS v. U.S. BANKR

REIN v. PROVIDIAN FIN. CORP

MIRELES v. WACO

MARBURY v MADISON

Nixon v US (1993)

Baker v. Carr, 369 U.S. 186, 217 (1962)

N. Pipeline Constr. Co. v. Marathon Pipe Line Co., 458 U.S. 50, 59 (1982)

## BACKGROUND/PRELIMINARY ISSUES OF THE ORDER IN DISPUTE

This appeal pertains to DKT[88] in 2:24-cv-01803 (FLA) issued on 6/28/24, and Judge Fernando Aenlle-Rocha's DISMISSAL order in the case of Alter

(Plaintiff) v Gorsuch et al. (Defendants), the operant case (FAC) which is filed in [DKT 16], filed on March 14, 2024.

Note that his "show cause" order in [DKT28], which he filed after my complaint when he transferred my case (based on "duplication of effort"). cites HART v. MASSANARI, MULLIS v. U.S. BANKR, REIN v. PROVIDIAN FIN. CORP, MIRELES v. WACO and MARBURY v MADISON [Dkt 28]. (which were all addressed in the FAC complaint).

And then, a completely *different* set of case law, which he cites in DISMISSING the whole case, which includes *none* of the above but instead now includes NIXON v US (1993), BAKER v. CARR, 369 U.S. 186, 217 (1962), N. PIPELINE CONSTR. Co. v. MARATHON PIPELINE Co., 458 U.S. 50, 59 (1982).

Every served subpoena on parties is *directly supported by evidence* of their involvement[3] and entered the docket about conduct within the scope *already alleged* in FAC [Dkt 16]. None of the ex-parte motions or briefs to enter items into evidence expand claims already made in FAC; I developed the evidence to support those existing claims further.

---

[3] See "What Ginni Thomas and Leonard Leo wrought: How a justice's wife and a key activist started a movement – POLITICO" in Appendix. Ginni Thomas started forming dark money groups WHILE Citizen's United Opinion pended.. Subpoenas also included Gini Thomas, Leonard Leo, and Harland Crow. Ginni Thomas was AT "stop the steal" and helped organize it.

Further, the Defendants violated their Rule 4 court-ordered obligations to reply to a summons for some 90 days and did not respond to several meet-and-confer invitations. In my last case with this judge, he did not want to accept anything less than personal service, so I sent servers to their homes, and apparently Alito was quite upset being served in his pajamas, so, (by agreement) The Supreme Court's Legal Counsel agreed to accept service of all ongoing documents on their behalf on April 26 via email, so they **did receive them**. They just never designated outside counsel despite politely asking them several times.

Cases Judge Aenlle-Rocha lists as 'dispositive results,' one case he cites was voluntarily dismissed *without* prejudice with permission to re-file, several (including this one) are on-appeal and cannot be counted in that category, none have been sitting un-resolved in the docket for 2 years (as required for vexatious designation), and certainly not through my inaction, and another filing he refers to, I was never even notified of and I have no idea how it happened. He already knew all this, but yet he persists with those claims in the docket. These cases have all been brought since last July. None of them ask for damages.

I have promptly paid all court fees (I am in-pro-per, *not* forma pauperis or incarcerated), and other than doing my best to learn court procedure, I see no

basis for a 'vexatious' claim in this case. It seems this claim was brought primarily to sharply discourage or intimidate me from challenging the Defendants rather than of any sincere consideration of fact or law.

Confirming facts alleged at the source through deposition is an act of *good faith and due process* and is *not* sanctionable conduct. [4] Further, the subpoenas were for tele-depositions, not in person, and I made several efforts to enquire when would be a convenient date and time (to no reply). Trying to protect the Constitution is an act of civic responsibility, not a crime, and I have no demonstrated intention to exploit for profit or other corrupt intentions. By the time I asked the court to compel discovery, I had already waited for quite some time for them to comply. Cumulatively, all the above facts comprise a ***manifest injustice*** and ***obstruct*** the probing of relevant facts in this case.

The arguments and facts presented in this case are reasonable, good-faith interpretations of facts, law, and evidence available to me, to the extent possible without the court availing me of the tools of discovery I am due.

Judge Aenlle-Rocha seems to have abandoned his previous claim that the unrelated case he previously dismissed with prejudice estops this action.

---

[4] FRCP 11 - An order imposing a sanction must describe the sanctioned conduct and explain the basis for the sanction. (d) Inapplicability to Discovery. This rule does not apply to disclosures and discovery requests, responses, objections, and motions under Rules 26 through 37.

Instead, he casts aspersions on my docketing skills, says I have no chance of winning, and cites a new set of case law with no opportunity to rebut in his court. We'll undoubtedly find out here if he is correct, but it certainly *does negate his rationale for inserting himself into this case (by transferring it to his court unprompted) in the first place.*

In his Order, it is also unclear whether he is blaming his clerk for issuing the Subpoenas I asked for "by mistake" or implying that I somehow 'tricked' his clerk by asking for them. Nor am I even clear whether he is talking to me in the Order at all or apologizing to the Defendants, who I expect have no doubt told him something to the effect,

### "Will no one rid me of this meddlesome priest??"[5]

That said, the "vexatious litigant" designation is not something I want to spend any more time in this informal brief debating other than to say I am trying my best; such a charge is a distraction. The case alleges serious misconduct on the Supreme Court, and *that* is the case. I am here to discuss the law, not petty

---

[5] Attributed to King Henry II - The phrase is commonly used in modern-day contexts to express that a ruler's wish may be interpreted as a command by his or her subordinates. It is also widely understood as shorthand for any rhetorical device allowing leaders to covertly order or exhort violence among their followers while claiming plausible deniability for political, legal, or other reasons. Today, this call-response mechanism is known as "Truth Social." Historians believe the actual quote was : "What miserable drones and traitors have I nurtured and promoted in my household who let their lord be treated with such shameful contempt by a low-born cleric!"

grievances, faux pas, or be subject to slander at the Defendants' behest. I am not on trial and will not be put on trial to avoid this label. I will accept that label if the court decides to do so. Your word for the day : "**Parrhesia**"[6] - speaking truth to power requires a willingness to risk personal consequences.

## SUMMARY OF ARGUMENTS MADE IN THE DISTRICT COURT in FAC [DKT 16]

Alter v Gorsuch et al, argues that the plain language of Article III, sec 1, **absent any binding or appropriate ethics processes** or their willingness to implement one that holds Supreme Court Justices to at least as high a standard of account as the rest of the Federal Court, the Constitution and Article III directly authorizes a Federal Judge to disqualify (and enjoin) one or more Supreme Court judges, based on the "good behavior" requirement, certainly if the charge is serious, endangers the Republic, and no other appropriate remedy exists within the Judicial Branch is available that meets the moment which can be exercised promptly to tourniquet the ongoing threat they appear to pose, and

---

[6] Greek concept of **parrhesia**, or fearless speech. As the philosopher Michel Foucault describes it, the speaker of parrhesia "chooses frankness instead of persuasion, truth instead of falsehood or silence, the risk of death instead of life and security, criticism instead of flattery, and moral duty instead of self-interest and moral apathy." – Foucault, M. and Pearson, J. (2001) *Fearless speech*. Los Angeles, Calif: Semiotext(e) : Distributed by MIT Press.

restore order on the court. The President can always appoint, and Congress can always confirm replacements if they agree that it's somehow urgent to keep nine Justices on the bench. Still, there is nothing that constitutionally mandates nine justices. There is however Constitutional language that should a President appoint, Congress *shall* confirm (bring it to the floor for a vote). It's a powerful and quick tool to address an untheoretical emergency when the Constitution is under attack by the Courts; neither a lower court nor any lawyer that practices before the court is likely to want to make waves with the Supreme Court unless it's called for, so it's not something the courts should even *try* to foreclose a path to, because the priority is the Constitution, not the individual judges. This device is there and must be protected from foreclosure for just such reasons. It requires a litigant to go way out on a limb for no money; it requires judges willing to take their chances with the upper courts to be persuaded by the conduct enough to pull the trigger. It is a precious last-resort relief that should be protected like it's the last flower of democracy in the world because it just might be by the time this present case is heard.

The case argues that because this case does not claim a monetary remedy, is not brought by a member of another branch of government, does not seek to overturn a decision of the Upper Courts, does not charge a crime, and instead examines their *conduct* as judges, none of these cases apply:

HART v. MASSANARI, MULLIS v. U.S. BANKR, REIN v. PROVIDIAN FIN. CORP, MIRELES v. WACO and MARBURY v MADISON[7]

Therefore, it does not apply to Judicial Immunity, Sovereign Immunity, The Collateral Attack Doctrine, Separation of Powers, Judicial Privilege, or the Reviewability of the Supreme Court.

Every promise Article III, sec 1 makes to judges to protect their independence from the Executive and Congress ( never diminishing payment, lifetime appointment) is within the scope of "During good behavior," where "during" can only be rationally considered a limiting term.

The complaint discusses misconduct alleged in Trump v Anderson, Trump v US, and other Jan 6 and Trump-related cases, in particular that of Clarence Thomas and Samuel Alito, both of their wives, and, by condoning such egregious misconduct, the remainder of the Defendants. It centers on the fact that Jan 6 was a coup, Donald Trump planned it that way, and the Justices in question, despite unquestionably inappropriate connections and demonstrated biases and associations with events on that day, ardently *refused* to recuse from

---

[7] "review" precedents are exclusive to cases trying to overturn rulings of the upper courts. "Judicial Immunity" precedents are exclusive to money damages requested as a remedy and/or separation of powers. "judicial privilege" applies only to separation of powers cases, and/or damages, sovereign immunity precedents involve money damages, venue precedents involve damages, collateral attack involves retribution for losing another case on the same set of issues and facts, Separation of Powers precedents are exclusive to cases involving exerting power on another branch. None of this applies, because this case doesn't attempt any of those things.

related cases, despite a significant public outcry for their recusal from the cases, brushing this outcry off as "nonsense". They should all be removed to the extent appropriate for each individual, consistent with Article III powers.

### THE CORE ISSUES AT STAKE (ARGUMENT)

Despite deep and obvious evidenced connections with the cases, Justices Thomas and Alito have persistently refused to recuse themselves from Jan 6 and Trump-related hearings. (which is alleged in my complaint [DKT16]). They essentially sought to shape those cases. Thomas issued the stay on criminal indictments for Trump v. US without respect to the merits of those cases. Both he and Alito essentially led the discussion at oral arguments, in both that case and Trump v Anderson, with Thomas being the first question on the bench about Griffin's Case and then tailored and extrapolating the opinion after the fact from that discordant question And Alito lead the charge on Trump v US, comparing Trump's criminal indictments to a "ham sandwich" at Oral Arguments, also without examining merits.

The position this portion of the Supreme Court takes (to varying degrees) on *what* is required for them to recuse from a case is not specific, is not reasonable, and strains credulity. This case challenges the *constitutionality* of their apparent belief that the constitution provides no direct mechanisms to confront or remedy that besides a 2/3 Majority of Congress, which they must answer to. Self-

policing for the Supreme Court was not intended to be a "blank check" for them to be judge and jury for their own misdeeds or to reclassify "bribes" and "corruption" in public officials as "gratuities" (Snyder v United States 23-108). It was only intended to protect them from intimidation playing a part of their jurisprudence from other powerful branches of government, and precedent after precedent (on which Judge Aenlle-Rocha relies on mischaracterizations for their maintained status quo unaccountability) reveals this is simply untrue on closer examination if you are willing to examine the precedent.

***As stated by James Madison, "No man is allowed to be a judge in his own cause; because his interest would certainly bias his judgment, and, not improbably, corrupt his integrity."[8]***

  Even the Supreme Court's newly released "ethics reforms" - Brennan Center for Law finds :

*"is more loophole than law.  The idea behind an ethics code is simple: nobody is wise enough to be the judge in their own case. Yet the justices will still judge*

---

[8] The Federalist No. 10, at 59

*themselves. There is no mechanism to enforce the code — no arbiter to enforce, apply, or even interpret these rules.*" [9]

Unlike U.S. Code § 455, the Supreme Court's new "code of conduct's" first rule under "disqualification" is "*A Supreme Court Justice is presumed impartial.*" Um—no, I am not required to presume any such thing. I will make my presumption based on the facts. Their code of conduct is not binding on anyone, not me, them, or the lower court judges on this case. Given that they're judging themselves (individually), this is absurdly out of place; do they need to remind themselves that they can presume they're impartial before they judge themselves to be impartial?

All federal court judges are empowered to maintain the court's standards and refrain from accepting persistent lapses in such standards from their colleagues.

Precedents clearly show that the Constitution intentionally protects the judiciary from control by Congress and the Executive, not other judges on the Federal Court. There is no evidence that the Constitution intends to prevent the judiciary from "cleaning house."

---

[9] 264 (2024) *New Supreme Court Ethics Code is designed to fail*, *Brennan Center for Justice*. Available at: https://www.brennancenter.org/our-work/analysis-opinion/new-supreme-court-ethics-code-designed-fail (Accessed: 04 July 2024).

It was *not intended* for court members to endorse corruption and self-dealing as law on an industrial scale [10]or reciprocally curry favor with "friends of the court" [11]without consequences that can be exercised from within the court for even the *appearance[12]* of it. That the other Justices are *signatories* to many of their antics when they permit them to co-sign opinions where members that should have recused have stayed on, and act like everything is normal is a violation of ethics. Their defiant refusal to recuse *appears to the public* to be one more of a willingness to conjure unsworn "alternate facts" to minimize their lapses than of a deep concern for the Constitution and their Country.

> **"The majority of my colleagues seem to have put their trust in our Court's ability to prevent Presidents from becoming Kings through the <u>case-by-case application of the indeterminate standards of their new Presidential accountability paradigm</u>. I fear that they are wrong. But, for all our sakes, I hope that they are right. <u>In the meantime, because the risks (and power) the Court has now assumed are intolerable, unwarranted, and plainly antithetical to bedrock constitutional norms, I dissent.</u>" – J. Sotomayor, Jackson and Kagan in Trump v US DISSENT**

---

[10] From dissent in Snyder v US p. 2, Jackson" James Snyder, a former Indiana mayor, was convicted by a jury of violating §666 after he steered more than $1 million in city contracts to a local truck dealership, which turned around and cut him a $13,000 check. He asks us to decide whether the language of §666 criminalizes both bribes and gratuities, or just bribes. And he says the answer matters because bribes require an upfront agreement to take official actions for payment, and he never agreed beforehand to be paid the $13,000 from the dealership. Snyder's absurd and atextual reading of the statute is one 2 SNYDER v. UNITED STATES JACKSON, J., dissenting only today's Court could love. Ignoring the plain text of §666—which, again, expressly targets officials who "corruptly" solicit, accept, or agree to accept payments "intending to be influenced or rewarded"—the Court concludes that the statute does not criminalize gratuities at all."

[11] Exhibit, statement from Clarence Thomas's lawyer

[12] N.Y. Bar Ass'n Comm. on Prof'l Ethics, Op. 1182 (2020).

14

The un-recused Trump majority on the court has shown a willingness to undermine the fundamental principle that 'no man is above the law.' Their actions, which favor complicating and delaying Donald Trump's various indictments, could potentially jeopardize the freedoms that millions of our own children, fathers, and friends have fought and died for. This cavalier approach to justice is an utter dereliction of their duty to protect the freedoms the Constitution grants us all, and instead, they are gambling with our rights on behalf of a man who is not above the law.

Discouraging this kind of conduct, particularly surrounding cases related to highly evidenced and credible allegations of insurrection involving multiple branches of government aimed at the heart of our core constitutional values, that the court does not even examine the merits of, is *just unacceptable*. Can we please live in a world where we at least pretend to care about the Oaths before we dilute them out of existence as well? Come on, say them with me, one last time.

"I, _____, do solemnly swear (or affirm) that I will administer justice **without respect to persons, and do equal right to the poor and to the rich,** and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as _____ **under the Constitution and laws of the United States**; and that **I will support and defend the Constitution of the United States** against all enemies, **foreign and domestic**; that I will bear true faith and allegiance to the same; that I take this obligation freely, **without any mental reservation or purpose of evasion**; and that I will well

and faithfully discharge the duties of the office on which I am about to enter. So help me God." [13]

This case points out that the plain words of the constitution and case precedence show us a precise mechanism that is *there* (break glass in case of emergency). The case law Judge Fernando L. Aennlle-Rocha cites in his Order [DKT88] does not appear to apply adversely to this case. It validates it unless you take that text, he quotes from it entirely out of context with what surrounds it, and then wholly mischaracterizes the plain language, as he does.

> (from the Trump v US Majority opinion on Presidential Immunity) "The dissents' positions in the end boil down to ignoring the Constitution's separation of powers and the Court's precedent and instead fear mongering on the basis of extreme hypotheticals about a future where the President "feels empowered to violate federal criminal law." Post, at 18 (opinion of SOTOMAYOR, J.); see post, at 26, 29–30; post, at 8–9, 10, 12, 16, 20–21 (opinion of JACKSON, J.). The dissents overlook the more likely prospect of an Executive Branch that cannibalizes itself, with each successive President free to prosecute his predecessors, yet unable to boldly and fearlessly carry out his duties for fear that he may be next. For instance, Section 371—which has been charged in this case—is a broadly worded criminal statute that can cover "'any conspiracy for the purpose of impairing, obstructing or defeating the lawful function of any department of Government.'" United States v. Johnson, 383 U. S. 169, 172 (1966) (quoting Haas v. Henkel, 216 U. S. 462, 479 (1910))."

The Majority assumes, it seems while *refusing to acknowledge or hear the merits of Trump's charges*, the default position is that the charges are "fake

---

[13] Now let's read those Thomas and Alito exhibits again, but in the voice of "Gollum" from Lord of the Rings, for comparison

news" and does not make any effort to contemplate the consequences of delay if guilty as charged, and instead invents a scenario where each successive administration will cannibalize the previous one with "fake conspiracies" to charge the previous president with, also, wrongly implying that this is what the Biden administration is *doing, without offering any evidence of that assumption*. But then, it makes that *legal to do* for a President in their Opinion, and even lets them ensure the cooperation of their allies with promises of *corrupt pardons (legally)*. Their reasoning is <u>unhinged and does not square on any level</u> with their stated goals; it invents a constitutional mechanism from whole cloth to make Trump's crimes all legal and if not, at least un-discoverable, and then it makes total sense. To be clear, our current President (Joe Biden), the one who is *"so corrupt"* that he will not even pardon his only son, the one who will be the next outgoing president either this term or next, *has made it clear that he* ***does not want these powers and did not ask for them***. They couch it in language and explain themselves in such a way as to make it sound like they're trying to protect other presidents, but it's not other presidents who are asking for that "protection". The one who is asking for it is the criminally indicted, convicted, twice impeached, adjudicated liar and rapist who led a <u>violent attack on Congress to cling to power after losing an election</u> and is trying to make these charges disappear, while actually making threats to do this very thing if he

17

gets elected.  This is not "fearmongering" (as the majority says) to say that there could not be a worse time to create an incentive for a president to commit crimes, pardon co-criminals, and suppress evidence of his crimes, which this decision. The system was safer for ex-presidents before this Opinion because there was at least a prohibition in the law for 'corrupt pardons' because a president could not tell his Attorney General to make up charges or corruptly conspire to overthrow an election and call that "official business" and not have that request probed, because of all the behavior that has not been normalized, under a halo of legitimacy and presumed immunity by this court, the world is a far *more* dangerous place for an ex-president. [14] That's not "fear mongering", those are facts, and Trump already did every one of those. Coincidence? No. What we are *actually* talking about is a president who wanted to shoot protesters. We are actually talking about someone who wanted to drop a nuke on a hurricane off the Florida coast. Tried to extort Zelinski, to make up evidence against Biden. He told people at a rally to beat someone up, he'd cover their bills. Pardoned indicted co-conspirators, where he was an un-named conspirator with them. We suddenly want that all to be OK? Why Now?

---

[14] Are we required to pretend they're not lying?

18

Jan 6 *was* a coup. This is *still* a coup, it has not been put down, and it continues; if the court permits me to conduct the discovery, which I am due, I will prove that claim at trial. I don't see the "upside" in permitting Judge Aenlle-Rocha to obstruct this case any further than he already has.

This conduct, which is at the heart of this controversy, will surely live on in infamy, whether they succeed in their plans or not. They have done immeasurable and irretrievable harm to the integrity of the US Constitution and their court simply because nobody dared to stop them. Do not double down on this mistake. It will get worse before it gets better.

**"The leader of right-wing think tank The Heritage Foundation says the Supreme Court presidential immunity ruling could bolster a second American revolution, as defined by his group's Project 2025 plan." … "In spite of all this nonsense from the left, we are going to win. We're in the process of taking this country back," Roberts said. "We are in the process of the second American Revolution, which will remain bloodless, *if the left allows it to be.*"**[15]

## PLAIN LANGUAGE ARTICLE III, Section 1

*"The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behavior, and shall, at stated Times, receive for their Services, a Compensation, which shall not be diminished during their Continuance in Office."*

---

[15] nicholls, flynn (2024) '"Project 2025 Leader Promises 'Second American Revolution" ', *Newsweek*, 3 July.

I am not a grammar expert, but "*The Judges, both of the supreme and inferior Courts, shall hold their Offices **during** good Behavior*"

"During" has *clear* meaning:

> **During** [16]
> **preposition**
> **US /ˈdʊər·ɪŋ/**
> **We use during before nouns and noun phrases to refer to when something happens over a period of time. During can refer to the whole time of the event: …**
> **During or for?**
> **We use during to say when something happens, if it happens in or over a period of time. We use for to talk about the length of time something lasts. …**

The adjective, which it modifies, is "good," and the noun is "behavior." So, the *length of time* and when their service starts and ends coincide in a binary way to such "Good behavior"; absent it, they are not qualified to be a Judge Constitutionally, that qualification either exists or does not.

Nothing in there in the plain language even implies a lifetime of service that does not always include *"good behavior."* Instead, the lifetime term is implied by the Separation of Powers Clause and found not to conflict with Section if the life term is inferred, the precedence that infers it in cases where multiple branches are present; however, "During" is, without question, still a *limiting* term and

---

[16] https://dictionary.cambridge.org/us/dictionary/english/during

none of those cases apply within the Judicial Branch if no other branch is present. There is no language; there is no precedent to do so.

The claim of a "lifetime appointment" cannot be broadly used without ignoring the sensible context in which those meanings and purposes emerge in case law.

The clause sets up three guarantees, all within "During." Those are "shall hold office," "shall be compensated," and "shall never be diminished." None of this is inconsistent with existing doctrines; however out of context, the doctrines can be construed to mean lifetime service *no matter what*, but there are limits in the plain language and exceptions which need not generally be explained because Judges, in general, so rarely step outside what their colleagues would consider "good behavior", doctrine is just a convenient simplification of the mechanism, the doctrine is not a mechanism in and of itself, it is not law, it is not dicta.

## DISCUSSION OF THE TYPES OF REMEDY PLAINTIFF CLAIMS IS WITHIN THE SCOPE OF THOSE FACTS

In the paragraph above the "remedy" in FAC [DKT 16], I clarify that the remedy in my case could be "**with or without pay**." The remedy I am asking for ranges from a long—or short-term suspension to simply firing them for cause, as the court might deem proper and fit.

The remedy in this case, which I am seeking is two parts:

1) a declaration that they have *disqualified themselves* to varying degrees from service on the bench under the breach of their "good behavior" *Constitutional "good behavior" qualification requirement.*

2) an injunction enforcing that declaration

The plaintiff wishes only to suggest a scope of available remedy and let the Judges and due process decide what is appropriate within that remedy at their discretion as it meets the facts. The plaintiff believes the court should actively self-police its own body when the Supreme Court has *defanged* and *captured* its ethics panel. The lower courts *may (and must) impose such regulation on their peers on the upper courts using their Article III powers; the Constitution and their Oaths demand it.* In Article III, sec 1, the Supreme Court is treated the same as the lower federal courts in their obligation to this standard. There are no principles in jurisprudence in which a Judge can be a judge of his own unconstitutional misdeeds; no matter what level of the court they are in, they all sit under the Constitution. The plain language mechanism *is there* and *can* be utilized.

**CASES CITED BY JUDGE AENLLE-ROCHA IN THE ORDER TO**

**DISMISS THIS CASE**

**WITH ANALYSIS AS TO WHETHER THEY APPLY**

The restrictions from removing Judges, the case law makes clear, do not emerge from the "plain language" of Article III, but rather are inferred in by The Separation of Powers Clause. Every one of those cases involves ***cross-branch attempts to manipulate*** them. That Congress can also have a say, is only by an overwhelming majority provided for in impeachment, is not inconsistent with that either. At no point does the Constitution say or imply that the Federal Judiciary needs protection from their colleagues *on* the Judiciary enforcing such sanctions or punitive measures if there is no cross-branch complaint evaluated. Usually, this is the power of the judges on the judiciary to hold judges accountable; is the very thing that empowers ethics panels such as the ones in the Appellate Courts. The Supreme Court has (unlawfully) denied that they can be held to such panels and instead establishes their own under their authority but *does not empower it to act independently*. Intentionally absent alternative due process, such a resolution lacks all legitimacy (regardless of outcome), and the lower courts may, therefore (and must) act on behalf of the Plaintiff who rejects the validity of that "mechanism" they have created (after this case was served) and judge/enforce this complaint directly on his behalf in the courts, using the existing forms of due process that are available to Article III by default until the Supreme Court can institute a proper and legitimate mechanism of its own which is at least up to the standards of the appellate

23

courts ethics reviews.

**Case law here :**

**Nixon v US (1993)** – Nixon was a District Court judge who was impeached by the Senate for accepting bribes. In retaliation, he sued the Senate, and asked the court to intervene on his behalf in the outcome of his impeachment. The court found that they did not have subject matter to intervene in the outcome of a Senate vote, because impeachment is a political remedy that cannot be resolved or reversed by the courts because the branches are co-equal and there is a separation of powers in Article III sec 2.

*Analysis:*
*There are no Separation of Powers issues in Alter v Gorsuch et al that would prevent the court from enjoining another Federal Judge. There is no political remedy involved here whatsoever to be concerned about whether the court can intervene. That Alter identifies that it is the Conservatives on the court who are engaging in that conduct does not ask it a political question: we're not selecting them because of their party; we're selecting them because of their complicity with what's alleged.*

**Baker v Carr (1962)**

A Tennessee seat apportionment was disputed in the Legislative Assembly, the lower court held that it was not judicable because it comprised a "political question.", the Supreme Court, however reversed that decision and found that it

wasn't, but more importantly, created a test for what comprised a political question that the court had no subject matter authority, the test is as follows :

(a) commitment of the issue to a branch of government other than the judiciary;

(b) lack of standards for resolving the issue; (c) impossibility of the judiciary to resolve the issue without first making a policy determination; (d) a judicial decision of that matter as a lack of respect for other branches of government; (e) a political decision has already been made; or (f) the potential for multiple pronouncements by various branches on one question.

*Analysis:*

*(a) The question at issue here is not one of impeachment, the remedy asked for is a judgement of the court and an injunction within the court's branch.*
*(b) there are clear standards on the courts in terms ethical obligations to justice laid out in judicial canons of ethics, there are constitutional oaths, there are judicial oaths, certainly rigid adherence to these would comprise the plain language of "good behavior" in the context it is written in.*

> *for example: Substance of the Model Code of Judicial Conduct*
> *Canon 1: A judge shall uphold the integrity and independence of the judiciary.*
> *Canon 2: A judge shall avoid impropriety and the appearance of impropriety in all of the judge's activities.*
> *Canon 3: A judge shall perform the duties of judicial office impartially and diligently.*
> *Canon 4: A judge shall so conduct the judge's extrajudicial activities as to minimize the risk of conflict with judicial obligations.*
> *Canon 5: A judge or judicial candidate shall refrain from inappropriate political activity.*

*(c) there is no policy determination needed, as stated in b, there are already standards, nor would they be "impossible" to determine if any were needed*
*(d) other branches would not be disrespected by such a decision, they would welcome it and it would aid in resolving their oversight obligations, The President can appoint, and Congress could certainly confirm a new judge in his place with whatever urgency they deem appropriate.*

25

*(e) No political decision has already been made here (such as an impeachment). Also, the remedy requested does not reverse their appointment; it simply ends their qualification to cause further damage.*
*(f) I don't see the issue with multiple pronouncements. Even if the court disqualified them from the bench without firing them, they could still be removed from office entirely (and their employment/ongoing payment ended) by impeachment.*

**Pipeline Constr. Co. v. Marathon Pipe Line Co., 458 U.S. 50, 59 (1982)**

JUSTICE BRENNAN, joined by JUSTICE MARSHALL, JUSTICE

BLACKMUN, and JUSTICE STEVENS, concluded that:

1. Section 1471's broad grant of jurisdiction to bankruptcy judges violates Art.

III. Pp. 458 U. S. 57-87.

"(a) The judicial power of the United States must be exercised by judges who

have the attributes of life tenure and protection against salary diminution

specified by Art. III**.** These attributes were incorporated into the Constitution ***to***

***ensure the independence of the Judiciary from the control of the Executive***

***and Legislative Branches.***"

*Analysis:*

*In the present case, there is no cross-branch concern of independence from the executive or the legislative branch. This entire case exists in the Federal Courts (Judiciary). There's nothing in there about protecting them from the Judiciary itself.*

***JUDGE AENLLE-ROCHA's CITATIONS – IN CONCLUSION***

26

Judge Aenlle-Rocha commits **manifest errs** in his conclusions on prohibitions on removing sitting judges. The inescapable conclusion on closer examination is that they do not flow from the plain language of the constitution in Article III concerning lifetime appointments; rather, instead, they are insinuated from the Separation of Powers and, therefore, are **not** a subject matter jurisdictional impediment to cases that do not involve meddling from other government branches than the judiciary.

## STANDARD OF REMEDY

The meaning of "good behavior" declaration in my requested relief should be **no more narrow, broad, or less strict** than it is for any judge on the Federal Court (28 U.S. Code § 455 - Disqualification of justice, judge, or magistrate judge)[17]. There is no "presumption of impartiality." In the case of other judges on the court, such an issue would be resolved by an ethics committee (within the Article III branch). The plain language in Article III collectively applies "good behavior" as a standard to the lower courts and the Supreme Court and makes no distinction on the term. The cited precedence asserts that the purpose of Judicial Independence is a bulwark to maintain their independence from

---

[17] (June 25, 1948, ch. 646, 62 Stat. 908; Pub. L. 93–512, § 1, Dec. 5, 1974, 88 Stat. 1609; Pub. L. 95–598, title II, § 214(a), (b), Nov. 6, 1978, 92 Stat. 2661; Pub. L. 100–702, title X, § 1007, Nov. 19, 1988, 102 Stat. 4667; Pub. L. 101–650, title III, § 321, Dec. 1, 1990, 104 Stat. 5117.)

*other branches*. However, there are no cross-branch issues here, and they are not immune from their constitutional requirements to maintain their qualification to serve on cases. Absent an acceptable due process application to an ethics claim, it becomes a job for Federal Courts by default. Due process, appeals, and outcomes naturally flow through the courts like any other case, for any other person.

Although some of their misconduct seems (quite) politically motivated, that does not make it a political question for Congress to resolve, rather it is evidence of their misconduct; it's a conduct and qualification question. Politics do not belong on the court at all, and that they are clearly engaging in it on the bench and incorporating it into their decisions is beyond unethical. It's a misuse of their power.

Judge Fernando L Aenlle-Rocha claims that because my remedy asks for their removal from the court in the complaint, he does not have subject matter jurisdiction; however, I do not see that in the plain language or in precedent that doesn't involve other branches. The plain language Judge Rocha cites in section 1 to support "lifetime appointment" does not, in fact, even imply such a thing or say they can't be removed; it says they must be ***paid ("compensated")***, and "***during good behavior***" (even if [quite generously] you don't include 'during' and 'compensated' in the same scope, clearly limits their ongoing duties and

28

powers on the court. Article III, section 1's plain language, *anticipates that they can be removed within the judiciary*. Impeachment is an *alternate political* remedy; this case does not seek a political remedy but a *judicial* remedy. This case addresses an actual controversy to resolve that has nothing to do with political questions, and the Defendants do not sit *above* their Constitution's requirements. They sit *under* them, and they cannot be their own and only judge of their own conduct in the entire Federal Judiciary, or **their powers would be only as limited to the extent that their integrity is willing to stretch the truth**, see Alito and Thomas's gob smacking letters in the Appendix (proved false in some of the reporting Judge Rocha deletes from the docket). They defy all credulity and go far beyond the judicial models of conduct. To what end do they even take these (and other) cases without examining the merits before interfering with the Government's efforts to do their job prosecuting criminals on behalf of The People?

Congress did not intend the Supreme Court to be a Harvard moot court, where ordinary-looking people are wheeled into court to cosplay as "aggrieved parties" by lawyers for wealthy conglomerates who want to change the law for their own motives. They are supposed to help people with real problems for whom justice has *manifestly failed* and maintain lawful order and due process. I don't know whose business they are doing, but it's not Ours.

29

## CONCLUSION and APPLICATION OF REMEDY

Under present circumstances, there should, and can, be no question that the Defendants must recuse themselves if this case is appealed to Scotus; therefore, barring them from serving on this case or any related case, should at least apply in any appealable order of this court.

Trying to overthrow a democracy isn't a spousal hobby; it doesn't happen in a marriage without some solid agreement. These corrupt manipulations of basic Constitutional foundations cannot continue unchecked, and such a remedy exists *here*.[18] They could have just recused; we can find more judges.

Dated this July 8, 2024, Westlake Village, CA 91361.

/s/Joe Alter

joealterinc@gmail.com

in pro-per



It's corrupt!!!

---

[18] "Rex non potest peccare" (the King can do no Wrong) is British Common Law and no part of the plain meaning of US Constitution as applies to any individual in the whole of government; we have no Kings, and to assume such a role independent of the Constitution's plain meaning ignores all history and is not "good behavior" in an American Justice. It's an attack on the heart of The US Constitution's entire raison d'être. If we can't maintain that promise, we can retain nothing.